# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 20, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141747(99)

GAIL MILLER, Guardian and Conservator
for RYAN SCOTT MILLER, a Mentally
and Physically Incapacitated Person,
     Plaintiff-Appellee,

v

CITIZENS INSURANCE COMPANY
and APRIL BUERKEL,
     Defendants,

and

DETROIT MEDICAL CENTER,
     Appellant.

_____

SC: 141747
COA: 290522
Macomb CC: 2007-005364-NF

       On order of the Chief Justice, the motion by the Michigan Health and Hospital Association for leave to file a brief *amicus curiae* is considered and it is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 20, 2011

_____
Clerk